Filing # 220042908 E-Filed 04/01/2025 12:51:51 PM

# RETURN OF SERVICE

| | | |
|---|---|---|
| Court | FL Fourth Judicial Circuit Court, Duval County | Court Stamp Here |
| Plaintiff | Sandrine Cales | Case # <br> 16-2025-CA-001627-AXXX-MA |
| Defendant | BJ'S Wholesale Club, Inc,; RAMCO Jacksonville LLC | Hearing Date |
| Person to be Served | BJ'S WHOLESALE CLUB, INC c/o CT Corporation System, Registered Agent | Came to Hand Date/Time <br> 3/28/2025    9:53 AM |
| Manner of Service | Corporate | Service Date/Time <br> 3/28/2025    2:20 PM |
| Documents | Complaint;Summons;PLAINTIFF'S REQUEST FOR PRODUCTION TO DEFENDANT, RAMCO JACKSONVILLE LLC;PLAINTIFF'S REQUEST FOR PRODUCTION TO DEFENDANT, BJ'S WHOLESALE CLUB, INC,;NOTICE OF SERVING INTERROGATORIES TO DEFENDANT, RAMCO JACKSONVILLE LLC; | Service Fee <br> $65.00 |

On **3/28/2025** at:
**1200 S Pine Island Rd, Plantation, FL 33324** I served **BJ'S WHOLESALE CLUB, INC c/o CT Corporation System, Registered Agent** by:

Leaving **1** copy(ies) of this process with **Donna Moch mgr is the point of contact for this address**, a person authorized to accept service and informed that person of the contents thereof, with the date and hour of service endorsed thereon by me.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Donna Moch mgr is the point of contact for this address who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 45-55 years of age, 5'-5'4" tall and weighing 120-140 lbs**

Notary not required pursuant to F.S. 92.525(2).

I am over 18 years of age, not a party to nor interested in this case and I have the proper authority in the jurisdiction where I effected service, pursuant to Florida Statute Chapter 48. Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____    **SPS1551**    03/28/2025
Daniel Cohen                Process Server ID    Date Executed

Ref  240204318 - Cales, Sandrine v. BJ's

    Farah & Farah PA   Tracking # 0163726829 

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 04/02/2025 08:36:05 AM

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO:

SANDRINE CALES,

    Plaintiff,

v.

BJ'S WHOLESALE CLUB, INC,
Foreign Profit Corporation;
RAMCO JACKSONVILLE LLC,
Foreign Limited Liability Company,

    Defendants.
_____/

**SUMMONS:**

**THE STATE OF FLORIDA:**

To All and Singular the Sheriffs of said State:

**YOU ARE HEREBY COMMANDED** to serve this Summons, the Complaint, Interrogatories, and Request for Production in this action on Defendant:

**BJ'S WHOLESALE CLUB, INC**
**Registered agent:**
**CT Corporation System**
**1200 So Pine Island Rd**
**Plantation, FL 33324**

**WITNESS** my hand and the seal of this Court on 03/21/2025 _____.



Jody Phillips
**CLERK OF THE CIRCUIT COURT**

By: _____
As Deputy Clerk

1

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at (904)630-2564 or crtintrp@coj.net, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days: if you are hearing or voice impaired, call 711.**

## IMPORTANT

A lawsuit has been filed against you. You have twenty (20) calendar days after this Summons is served on you to file a written response to the attached Complaint with the Clerk of this Circuit Court, located at: 501 West Adams Street, Jacksonville, FL 32202. A telephone call will not protect you; your written response, including the above case number given above and the names of the parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book.)

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff's Attorney" named below.

**FARAH & FARAH, P.A.**
10 W. Adams St.
Jacksonville, FL 32202
PH/FAX: 904-789-7369

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 501 West Adams Street, Jacksonville, FL 32202 Una llamada telefonica no lo protegera; si usted desea que el tribunal consideres su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales, si lo desea, puede usted consultar a un abogado immediataments. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparencen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la

2

persona denomminada abajo como "Plaintiff's Attorney". (Demandate o Abogado del Demandante).

**FARAH & FARAH, P.A.**
10 W. Adams St.
Jacksonville, FL 32202
PH/FAX: 904-789-7369

**IMPORTANT**

Des poursuites juriciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: 501 West Adams Street, Jacksonville, FL 32202. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige do deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre response ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requeir les services immediate d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de renference d'avocats ou a un bureau d'assistance juridique (figuarant a l'annuaire de telephones).

Si vous choisissez de eposer vous-meme une response recrite il vous faudra egalement, en meme temps que cette formalite, faire parenvir ou expendier une copie au carbone ou one photocopies de votre response ecrite au "Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**FARAH & FARAH, P.A.**
10 W. Adams St.
Jacksonville, FL 32202
PH/FAX: 904-789-7369