Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

Cales, Sandrine M
MRN: 51174352, DOB: 2/27/1973, Legal Sex: F
Acct #: 20001928479
Adm: 5/23/2024, D/C: 5/23/2024

---

**05/23/2024 - Breast Imaging Diagnostic Bilateral in Hill Breast Center - Breast Imaging**

# Sandrine M Cales "Sandrine"
## 51 y.o. female (DOB: 2/27/1973)

### 5/23/2024 0722

| | | | |
|---|---|---|---|
| Pt Class | Outpatient | Admitting | |
| Service | | Attending | |
| Location | Baptist Outpatient Center | Referring | Quincy Anne Scarborough, MD |
| | Hill Breast Center - Breast Imaging | Dx | Breast pain, left [N64.4] |

### Patient Demographics

521 Permento Ave S
Jacksonville FL 32220
904-537-9904

Emergency Contacts

Alyte Litsas (Sister) - 904-210-9695
-
Healthcare Surrogates

PCP  Scarborough, Quincy Anne, MD
Language  English
Phone  904-783-9680

### Guarantor

CALES, SANDRIN E M

Relation  Self
Address  521 Permento Ave S
         Jacksonville, FL 32220

Home
Work
Mobile  904-537-9904
Employed at  Rogers Carddage (Full Time)

### Coverages

BCBS/ BCBS PPO OUT OF STATE
Subscriber  CALES, SANDRIN E M
Sub DOB  02/27/1973
Relation  Self
Sub ID #  TASAN2666305
Group #  W91000M007

N/A/ N/A
Subscriber
Subscriber
Relation
Sub ID #
Group #

---

Printed on 7/22/24 at 2:54 PM       Release ID: 87152059