**2025 FOREIGN PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# F97000003725

**Entity Name:** BJ'S WHOLESALE CLUB, INC.

**FILED**
Mar 14, 2025
Secretary of State
7224391586CC

**Current Principal Place of Business:**

350 CAMPUS DRIVE
MARLBOROUGH, MA 01752

**Current Mailing Address:**

350 CAMPUS DRIVE
MARLBOROUGH, MA 01752 US

**FEI Number:** 04-3360747

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CT CORPORATION SYSTEM
1200 SO PINE ISLAND RD
PLANTATION, FL 33324 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                 Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | DIRECTOR | | Title | ASSISTANT SECRETARY |
| Name | EDDY, ROBERT W. | | Name | KEPNER, JACQUELINE |
| Address | 350 CAMPUS DRIVE | | Address | 350 CAMPUS DRIVE |
| City-State-Zip: | MARLBOROUGH MA 01752 | | City-State-Zip: | MARLBOROUGH MA 01752 |
| Title | TREASURER | | Title | ASSISTANT TREASURER |
| Name | MCGRAIL, JOSEPH | | Name | THOMAS, JENNY |
| Address | 350 CAMPUS DRIVE | | Address | 350 CAMPUS DRIVE |
| City-State-Zip: | MARLBOROUGH MA 01752 | | City-State-Zip: | MARLBOROUGH MA 01752 |
| Title | SECRETARY | | Title | PRESIDENT & CEO |
| Name | LUCE, GRAHAM N. | | Name | EDDY, ROBERT W. |
| Address | 350 CAMPUS DRIVE | | Address | 350 CAMPUS DRIVE |
| City-State-Zip: | MARLBOROUGH MA 01752 | | City-State-Zip: | MARLBOROUGH MA 01752 |
| Title | CFO | | Title | ASSISTANT TREASURER |
| Name | FELICE, LAURA L. | | Name | WHELAN, LAWRENCE |
| Address | 350 CAMPUS DRIVE | | Address | 350 CAMPUS DRIVE |
| City-State-Zip: | MARLBOROUGH MA 01752 | | City-State-Zip: | MARLBOROUGH MA 01752 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: GRAHAM N. LUCE                                       SECRETARY                              03/14/2025

Electronic Signature of Signing Officer/Director Detail                                                                 Date