# 2025 FOREIGN LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# M04000001354

**Entity Name:** RAMCO JACKSONVILLE LLC

**FILED**
Apr 24, 2025
Secretary of State
4575581850CC

**Current Principal Place of Business:**

500 NORTH BROADWAY
SUITE 201
JERICHO, NY 11753

**Current Mailing Address:**

500 NORTH BROADWAY
SUITE 201
JERICHO, NY 11753 US

**FEI Number:** 20-1964958

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent          Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MEMBER |
| Name | RPT REALTY, L.P. |
| Address | 500 NORTH BROADWAY SUITE 201 |
| City-State-Zip: | JERICHO NY 11753 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: HARVEY G. WEINREB          VICE PRESIDENT          04/24/2025

Electronic Signature of Signing Authorized Person(s) Detail          Date